**Order entered December 8, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00451-CV

## JUAN ACRA, SECNER USA, LLC, SECNER HR S.A. DE C.V. AND NORTH AMERICAN SECNER HOLDINGS, LLC, Appellants

### V.

## GIOVANNI BONAUDO AND MARIA JILMA MALDONADO, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01909**

# ORDER

In accordance with the Court's opinion of this date, we **LIFT** the stay of the trial court's

July 11, 2017 orders requiring Juan Acra and Secner HR S.A. de C.V. supersede the judgment by

posting bonds in the amount of $462,821.39 and $443,837.59, respectively.

/s/     CRAIG STODDART
JUSTICE